Ex. 2

# In the Matter of:

VERONICA DAVIS

vs.

CONN APPLIANCES

## ARBITRATION

*Volume I*

*January 17, 2006*



www.OrangeLegal.com
800-275-7991

```
 1              AMERICAN ARBITRATION ASSOCIATION
    _____
 2

 3    VERONICA DAVIS,

 4

 5         Claimant,

 6

 7    vs.                              Case No.
                                       01-17-0006-8007
 8

 9    CONN APPLIANCES, INC.,

10

11         Respondent.
    _____
12

13
                            ARBITRATION
14
                        February 5, 2019
15                         Volume I
                         (Pgs 1-198)
16

17

18

19

20

21

22

23

24  _____

25  Reported By: Candace Covey, RMR, CRR, CVR-RM
```



Orange Legal
800-275-7991

```
 1
               A  P  P  E  A  R  A  N  C  E  S
 2

 3
      For the Claimant:
 4
                MR. OCTAVIO "TAV" GOMEZ
 5              MR. JOSHUA KERSEY
                MR. FRANK KERNEY,III
 6              Attorneys at Law
                Morgan & Morgan
 7              201 N. Franklin Street
                Suite 700
 8              Tampa, FL 33602
                (813) 223-5505
 9

10    For the Respondent:

11               MR. ERIC J. TROUTMAN
                 Attorney at Law
12               Plaza Tower I
                 600 Anton Boulevard
13               11th Floor
                 Costa Mesa, CA 92626
14               (714) 371-4061

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    I  N  D  E  X

 2                                                    Page

 3    OPENING STATEMENTS
      By Mr. Gomez                                       6
 4    By Mr. Troutman                                   12

 5    CLINT WALTON
      Direct Examination
 6    By Mr. Kerney                                    18


 7
                      E X H I B I T S
 8                                                    Page

 9    Exhibit A                                         98
           Unredacted version of Exhibit 4
10
      Exhibit 2                                        129
11         Noble Training Guide

12    Exhibit 4                                        129
           Documents Bates 1863-1873
13
      Exhibit 5                                        129
14         Documents Bates 1847

15    Exhibit 40                                       129
           10-K form for the fiscal year
16         ending January 31st, 2012

17    Exhibit 41                                       129
           SEC form 10-K for the fiscal year
18         ending January 31st, 2013

19    Exhibit 47                                       129
           Noble System Manual
20

21

22

23

24

25
```



Orange Legal
800-275-7991

```
 1   Q.      And when we talk today about outbound calls,
 2   I'm talking about outbound calls that are made by
 3   Conn's agents to customers.  Is Conn's making those
 4   calls, or are there third parties making those calls
 5   for Conn's?
 6   A.      We are making the calls.  And specifically
 7   here today, all the calls that we've been talking
 8   about are calls that Conn's made.
 9   Q.      Okay.  And where are your call centers
10   located?
11   A.      Well, we have four or five.  We have
12   Beaumont, Texas.  We have San Antonio, Texas.  We
13   have Phoenix, Arizona.  And we have St. Joe,
14   Missouri.  And then we have two offshore.  One in the
15   Philippines, Manila.  And then El Salvador.  El
16   Salvador or San -- El Salvador, I believe, is
17   correct.
18   Q.      Okay.
19   A.      That are offshore.  And the two offshore are
20   really helpful to our customer base that are
21   bilingual or speak primarily Spanish.  And that's
22   where they help us with that customer base.
23   Q.      Okay.  So let's start by talking about the
24   Noble system and how you place calls using that
25   system.
```



```
 1   at those eight different -- those six different call
 2   centers?
 3   A.      The number has -- it does change over time
 4   with the growth or shrink of our portfolio, but from
 5   a range of 650 agents to 800 agents.
 6           THE ARBITRATOR:  I'm sorry.  Say that
 7   again, please.
 8           THE WITNESS:  Yes, sir.  650 agents to
 9   800 agents.  And that changes throughout a calendar
10   year.
11   BY MR. KERNEY:
12   Q.      Okay.  How would you describe the purpose of
13   the outbound calls that Conn's made to Ms. Davis
14   regarding her account?
15   A.      Well, the reason for that phone call is to
16   remind Ms. Davis of the contractual obligations, to
17   inform the customer.
18           Now, many of our customers also ask that we
19   continue to make those phone calls as reminder phone
20   calls.  They rely on those phone calls.  But the very
21   specific nature of that is to inform the customer,
22   remind them of their obligation and then to educate
23   the customer on how this may impact their credit
24   moving forward, how we report to credit bureau
25   agencies, all with the goal to have that customer
```



```
 1   come back and reshop us.
 2           And just to be really important, and this is
 3   kind of a nuance here, debt collections, this is not
 4   where we've purchased debt.  It's not where we have a
 5   sheet of paper and we don't have a relationship with
 6   a customer.  We, as the retailer and then as the
 7   creditor in this relationship, have an ongoing
 8   purpose to ensure that our customers are paying
 9   timely and that they are able to come back and reshop
10   us at Conn's.  And so you'll hear on the phone calls
11   where agents are making that effort.  That's the
12   purpose of each phone call.
13   Q.      Okay.  So you would say the primary purpose
14   of each call is to remind customers about their
15   payments; is that correct?
16   A.      Well, I think there are several facets.  It's
17   both as a reminder and forum to educate the customer
18   about their contractual obligation.  That's the whole
19   reason for that phone call.
20   Q.      There is a secondary purpose, which is to
21   collect a debt, correct?
22   A.      Well, that does come up.  I mean, that's --
23   that's part of the education, the informative portion
24   of that phone call, to remind the customer of that
25   contractual obligation that, hey look, we understand.
```



```
 1   A customer is going to fall past due.  We get that.
 2            But the very technical sense of that is that
 3   we have a bilateral agreement, we have a contract
 4   that has the customer to an obligation to make
 5   payments each month.  And when something has impacted
 6   that, we look at it as, from our business model, we
 7   might lose a customer.  We may not have the
 8   opportunity to have that customer reshop us again.
 9   And so that's the goal on each and every phone call
10   for all of our agents.
11   Q.       Sure.  You also have to be concerned though
12   that the customer is not going to pay you, and that's
13   why you're calling them as well; isn't that true?
14   A.       Oh, yes, sir.  I mean, that -- that -- again,
15   that goes back to that contractual relationship.  You
16   know, we -- we're asking the customer to hold up to
17   their end of the bargain as well.  And rightfully so,
18   we should too.
19   Q.       How many total active customer accounts does
20   Conn's have today?
21   A.       We're about 650,000 to 700,000 on our
22   portfolio.
23   Q.       How many of those accounts would you estimate
24   to be in collections on any given day?
25   A.       And to be very clear, we look at any account
```



```
 1   would be okay.
 2              MR. KERSEY:  All right.  I have nothing
 3   further.
 4              MR. TROUTMAN:  I'm good.  Thank you.
 5              THE ARBITRATOR:  All right.  Any other
 6   witnesses from either party?
 7              MR. KERNEY:  We just have three more we
 8   wanted to call.
 9              MR. TROUTMAN:  No witnesses, but we do
10   have a couple of items to introduce by Respondent.
11   First, there's a stipulation that's been entered into
12   by the parties that Conn's does not utilize a random
13   or sequential numbers generator for using dialing
14   phone numbers.
15              MR. GOMEZ:  That's only limited to this
16   arbitration.
17              THE ARBITRATOR:  Understood.
18              MR. TROUTMAN:  Second, with respect to
19   the testimony from the Barnes case that was utilized
20   earlier ostensibly for impeachment but now as a party
21   opponent --
22              THE ARBITRATOR:  I have a note to ask you
23   about that, so please continue.
24              MR. TROUTMAN:  We would like to introduce
25   for completeness of the record and only on the topic
```

