Ex. 4

# AMERICAN ARBITRATION ASSOCIATION
# ONLINE FILING ACKNOWLEDGEMENT

**This confirmation serves as the Demand for Arbitration or Request for Mediation for this filing.**
**To institute proceedings, please send a copy of this form and the parties' dispute resolution agreement to the opposing party.**
**Case # : 01-17-0006-8007**
This will acknowledge receipt of a request for dispute resolution services for the claim and parties detailed below.

| | |
|---|---|
| This claim has been filed for | Arbitration |
| This matter has been filed in accordance with | Consumer Arbitration Rules |
| The fee paid at the time of filing was | $200.00 |
| This request was received by the AAA on | 09-Nov-2017 |

**Claim Description**
Violations of the Federal Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA").

| | |
|---|---|
| Claim Amount | $1,275,000.00 |
| Do you have a Non-monetary aspect to your claim? | Y |

Additional Damages

| | Amount |
|---|---|
| Punitive | |
| Attorney fees | |

| | |
|---|---|
| Requested Hearing Locale | United States of America |
| **Fee Schedule Option** | Standard |
| **ADR Agreement** | |

**Parties and Representatives**

**Party 1**

| | |
|---|---|
| Category | Consumer |
| Name | Veronica Davis |
| Company Name | |
| Address | C/O Jared M. Lee, Esquire |
| | 20 North Orange Avenue, Suite 1600 |
| | Orlando, FL 32801 |
| Phone | (407)418-2038 |
| Fax | (407)245-3485 |
| Email | JLee@ForThePeople.com |
| The Party is the | Individual |

**Representative 1**

| | |
|---|---|
| Name | Jared M. Lee |
| Firm Name | Morgan & Morgan, PA |
| Address | 20 North Orange Avenue |
| | 16th Floor |
| | PO Box 4979 |
| | Orlando, FL 32802 |
| Phone | (407)420-1414 |
| Fax | (407)245-3485 |

| | |
|---|---|
| Email | jlee@forthepeople.com |

**Party 2**

| | |
|---|---|
| Category | Business |
| Name | |
| Company Name | Conn Appliances, Inc. |
| Address | 4055 Technology Forest Boulevard<br>Suite 210<br>The Woodlands, TX 77381 |
| Phone | |
| Fax | |
| Email | |
| The Party is the | Company |

**Representative 2**

| | |
|---|---|
| Name | |
| Firm Name | Conn Appliances, Inc. |
| Address | 4055 Technology Forest Boulevard<br>Suite 210<br>The Woodlands, TX 77381 |
| Phone | |
| Fax | |
| Email | |