# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| CONN APPLIANCES, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-19-1097 |
| | § | |
| VERONICA DAVIS, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Plaintiff's motion to stay (Dkt. 7) is GRANTED. It is therefore ORDERED that this cause of action is STAYED and administratively (statistically) closed. The parties may move to reinstate the case on the court's active docket at such time in the future as deemed appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed at Houston, Texas on April 8, 2019.

_____
Gray H. Miller
United States District Judge