IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONN APPLIANCES, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION 4:19-1097 |
| VERONICA DAVIS, | § § § | |
| *Defendant.* | § § | |

## ORDER

Presently before the Court is Defendant's Unopposed Motion to Lift Stay (Dkt. 10). Defendant's Unopposed Motion to Lift Stay is GRANTED. It is therefore ORDERED that the stay in this action is lifted, and this action is reinstated to the Court's active docket.

Signed at Houston, Texas on _____ \_\_\_\_\_, 2019.

_____
Gray H. Miller
United States District Judge