# In the Matter of:

## VERONICA DAVIS

## vs.

## CONN APPLIANCES

# ARBITRATION

*Volume I*

*January 17, 2006*



www.OrangeLegal.com
800-275-7991

```
 1            AMERICAN ARBITRATION ASSOCIATION
   _____
 2

 3   VERONICA DAVIS,

 4

 5        Claimant,

 6

 7   vs.                          Case No.
                                  01-17-0006-8007
 8

 9   CONN APPLIANCES, INC.,

10

11        Respondent.
   _____
12

13
                       ARBITRATION
14
                     February 5, 2019
15                      Volume I
                      (Pgs 1-198)
16

17

18

19

20

21

22

23

24   _____

25   Reported By: Candace Covey, RMR, CRR, CVR-RM
```



**Orange Legal**
**800-275-7991**

```
 1
                A  P  P  E  A  R  A  N  C  E  S
 2

 3
      For the Claimant:
 4
                  MR. OCTAVIO "TAV" GOMEZ
 5                MR. JOSHUA KERSEY
                  MR. FRANK KERNEY,III
 6                Attorneys at Law
                  Morgan & Morgan
 7                201 N. Franklin Street
                  Suite 700
 8                Tampa, FL 33602
                  (813) 223-5505
 9

10    For the Respondent:

11                 MR. ERIC J. TROUTMAN
                   Attorney at Law
12                 Plaza Tower I
                   600 Anton Boulevard
13                 11th Floor
                   Costa Mesa, CA 92626
14                 (714) 371-4061

15

16

17

18

19

20

21

22

23

24

25
```



```
 1                    I  N  D  E  X

 2                                                            Page

 3    OPENING STATEMENTS
      By Mr. Gomez                                               6
 4    By Mr. Troutman                                           12

 5    CLINT WALTON
      Direct Examination
 6    By Mr. Kerney                                             18

 7
                       E X H I B I T S
 8                                                            Page

 9    Exhibit A                                                 98
             Unredacted version of Exhibit 4
10
      Exhibit 2                                                129
11           Noble Training Guide

12    Exhibit 4                                                129
             Documents Bates 1863-1873
13
      Exhibit 5                                                129
14           Documents Bates 1847

15    Exhibit 40                                               129
             10-K form for the fiscal year
16           ending January 31st, 2012

17    Exhibit 41                                               129
             SEC form 10-K for the fiscal year
18           ending January 31st, 2013

19    Exhibit 47                                               129
             Noble System Manual
20

21

22

23

24

25
```



Orange Legal
800-275-7991

```
 1    already for you.  So whenever we make a statement,
 2    we're going to give you the case law.  And hopefully,
 3    Mr. Troutman makes a statement like initiated calls
 4    are different than calls made.  We have all the cases
 5    regarding that.
 6                  THE ARBITRATOR:  Thank you.
 7                  MR. TROUTMAN:  Thank you for taking a few
 8    minutes with us or actually, I guess, the whole day,
 9    Arbitrator.  This is a really important case for
10    Conn's, and we appreciate your taking some time.
11           I am absolutely honored to represent Conn
12    Appliances, and they have here the head of compliance
13    for Conn Appliances that you're going to get to hear
14    from today.
15           Now, the Claimant has already begun and will
16    continue, as I suppose is their job, to cast scorn
17    upon Conn Appliances, and I think he said they're the
18    most prolific violator of the TCPA out there.  Well,
19    it's quite literally Mr. Walton's job to make sure
20    that that's not true.  And he's going to look you in
21    the eye today and tell you everything he does to make
22    sure that this very, very conservative
23    compliance-oriented company complies with the law,
24    including the TCPA.
25           And you will learn that these claims about us
```



Orange Legal
800-275-7991