# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONN APPLIANCES, INC., § § *Plaintiff,* § § v. § § VERONICA DAVIS, § § *Defendant.* § | CIVIL ACTION 4:19-CV-01097 |

## ORDER

On March 25, 2019, an arbitrator issued an award in favor of Defendant Veronica Davis and against Plaintiff Conn Appliances, Inc. Presently before the Court is Plaintiff's application to vacate the award (Dkt. 1) and Defendant's application to confirm the award (Dkt. 11). After consideration, the Court finds that the arbitrator did not exceed his powers. Thus, the Court DENIES Plaintiff Conn Appliances, Inc.'s application to vacate the arbitration award. The Court GRANTS Defendant Veronica Davis' application to confirm the award.

It therefore is ORDERED, that the arbitration award granted on March 25, 2019 (Dkt. 1-7), is CONFIRMED. The Clerk of the Court is directed to enter judgment in accordance with this Order.

Signed at Houston, Texas on _____ \_\_\_\_\_, 2019.

_____
Gray H. Miller
United States District Judge